COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, ss | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |

TANGGANG "DAN" YUAN,

    PLAINTIFF,

v.

EIGHTFOLD AI INC.,

    DEFENDANT.

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2381CV03045

## DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on December 1, 2023, Defendant Eightfold AI Inc. filed a Notice of Removal in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A true and correct copy of Defendant's Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted,

EIGHTFOLD AI INC.

By its attorneys,

*/s/ Matthew J. Lynch*
Gary J. Lieberman (BBO No. 638535)
Matthew J. Lynch (BBO No. 689363)

**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA 02110
Phone 617.378.6000
Fax 617.737.0052
glieberman@littler.com
mlynch@littler.com

Dated: December 1, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2023, a true copy of the foregoing document was filed electronically through Odyssey File and Serve, is available for viewing and downloading from the ECF system, will be sent via email and first-class mail to counsel of record as follows:

>Samuel Kennedy-Smith, Esq.
>sks@dgpfirm.com
>Patrick B. Jennings, Esq.
>pbj@dgpfirm.com
>DUDDY GOODWIN & POLLARD
>446 Main Street, 16th Floor
>Worcester, Massachusetts 01608

>/s/ Matthew J. Lynch
>Matthew J. Lynch